## DIAMOND PLATE GLASS COMPANY ET AL. *v.* DEAN.

[No. 5,584.   Filed June 28, 1906.]

From Grant Superior Court; *R. F. Harness,* Judge.

Suit by Benjamin F. Dean against the Diamond Plate Glass Company and others.   From a decree for plaintiff, defendants appeal.  *Affirmed.*

Blacklidge, Shirley & Wolf *and* Bell & Purdum, *for appellants.*
B. C. Moon, *for appellee.*

MYERS, J.—The questions presented by this appeal are the same as those considered and decided by this court in *Diamond Plate Glass Co.* v. *Knote* (1906), *ante,* 20, and upon the authority of that case the judgment in this cause is affirmed.

## INDIANAPOLIS NORTHERN TRACTION COMPANY *v.* SPURGEON.

[No. 5,640.   Filed October 4, 1906.]

From Howard Superior Court; *B. F. Harness,* Judge.

Action by Simeon Spurgeon against the Indianapolis Northern Traction Company and others.   From a judgment for plaintiff, defendant traction company appeals.  *Affirmed.*

James A. Van Osdol *and* Blacklidge, Shirley & Wolf, *for appellant.*
John W. Cooper *and* Thomas S. Gerhart, *for appellee.*

MYERS, J.—The pleadings, the facts and the questions reserved on the rulings of the court and presented in this case were considered and decided by this court in *Indianapolis, etc., Traction Co.* v. *Harbaugh* (1906), *ante,* 115, and upon the authority of that case the judgment herein is affirmed.

## LINGENFELTER *v.* LINGENFELTER.

[No. 5,803.   Filed October 11, 1906.]

From Shelby Circuit Court; *Will M. Sparks,* Judge.

Suit by Thomas J. Lingenfelter against Laura E. Lingenfelter. From a decree for defendant, plaintiff appeals.  *Affirmed.*

J. B. McFadden, *for appellant.*

PER CURIAM.—The judgment is affirmed.